| Case | Docket No. | Date | Judge | Disposition |
|---|---|---|---|---|
| U.S. Bank Trust National Association v. Modesitt | 61A01–1612–MF–2897 | 06/26/2017 | CRONE, J. | Reversed and remanded |
| | | | MATHIAS, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Hill v. State | 02A03–1610–CR–2440 | 06/26/2017 | BARNES, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | CRONE, J. | Concurs |
| A.V. v. L.V. | 49A02–1609–DR–2217 | 06/26/2017 | CRONE, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Bradley v. State | 71A04–1611–CR–2658 | 06/26/2017 | CRONE, J. | Affirmed in part, and remanded in part |
| | | | BAKER, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Bynum v. Short | 48A02–1608–PL–1921 | 06/26/2017 | CRONE, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Andert v. Carter | 33A04–1609–SC–2019 | 06/26/2017 | BARNES, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | CRONE, J. | Concurs |
| C.M., In re | 40A05–1701–JT–62 | 06/27/2017 | RILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Burdette v. State | 02A04–1702–CR–384 | 06/27/2017 | RILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| Vergara v. State | 49A04–1612–CR–2806 | 06/27/2017 | BRADFORD, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Baker v. Baker | 64A03–1702–DR–219 | 06/27/2017 | BRADFORD, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Burdette v. State | 02A03–1702–CR–409 | 06/27/2017 | RILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BRADFORD, J. | Concurs |